BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
CONSTANCE L. PICCIANO, State Bar No. 66172
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 322-6453
 Fax:  (916) 324-5205

Attorneys for Defendants Ramos, McKee, Lea,
Gauthreaux, Johnson, Mathews, Chastain, Wheeler,
Cade and Mini
48149286 SA2005100283

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STEVEN A. MARTIN,**<br><br>                                    Plaintiff,<br><br>        **v.**<br><br>**L. VILES, et al.,**<br><br>                                    Defendants. | CIV S-04-0756 LKK JFM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSES TO INTERROGATORIES, ADMISSIONS, AND REQUEST FOR PRODUCTION OF DOCUMENTS** |

        The Court, having considered defendants' request for an extension of time to serve

responses to plaintiff's interrogatories, requests for admissions and request for production of

documents, and good cause having been found:

/ / /

/ / /

Order Granting Request for Extension of Time to Serve Responses to Discovery Requests

1

1        **IT IS HEREBY ORDERED**:  Defendant shall be granted an extension of time, to and

2   including August 10, 2005, to complete and serve defendant's responses.

3   DATED:  July 14, 2005.

4

5

                    _____
                    UNITED STATES MAGISTRATE JUDGE

6

7   mart0756.36

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Request for Extension of Time to Serve Responses to Discovery Requests