1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  CONSTANCE L. PICCIANO (SBN 66172)
   Deputy Attorney General
6    1300 I Street, Suite 125
     Post Office Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 322-6453
8    Facsimile: (916) 324-5205

9  Attorneys for Defendants
   Ramos, McKee, Lea, Gauthreaux, Johnson,
10 Mathews, Chastain, Wheeler, Cade and Mini
   SA2005100283

11

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  **STEVEN A. MARTIN,**                    No. CIV S-04-0756 LKK JFM P

16                              Plaintiff,   **ORDER GRANTING
                                             DEFENDANTS' REQUEST FOR**
17         v.                                **SECOND EXTENSION OF TIME TO
                                             SERVE RESPONSES TO**
18  **L. VILES, et al.,**                    **INTERROGATORIES,
                                             ADMISSIONS, AND REQUEST FOR**
19                              Defendants.   **PRODUCTION OF DOCUMENTS**

20

21         The Court, having considered defendants' request for an extension of time to serve

22  responses to plaintiff's interrogatories and requests for admissions, and good cause having been

23  found:

24  /////

25  /////

26  /////

27  /////

28  /////

1    **IT IS HEREBY ORDERED**:  Defendants shall be granted a second extension of

2    time, to and including September 9, 2005, to complete and serve defendants' responses to

3    admissions and interrogatories.

4    DATED: August 25, 2005.

5

6

7    UNITED STATES MAGISTRATE JUDGE

8

9

10   /mart0756.ext2

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28