IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

    Plaintiff,                         No. CIV S-04-0756 LKK JFM P

    vs.

CHERYL K. PLILER,

    Defendant.                       ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 31, 2005, plaintiff filed his second motion for the appointment of counsel.[1] The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's second motion for the appointment of counsel will therefore be denied.

---

[1] Plaintiff's first motion was denied by order filed June 28, 2005.

1

On September 12, 2005, defendants filed a request for a third extension of time to serve responses to interrogatories and requests for admissions. In the request, defendants represent that the responses were to be served on that day. Good cause appearing, the request will be granted and responses served September 12, 2005 will be deemed timely.

Finally, on September 21, 2005, defendants filed a request for an extension of time to file dispositive motions in this matter. Defendants seek an extension of time from September 23, 2005 to November 7, 2005 to file a dispositive motion. Good cause appearing, defendants' request will be granted. No further extensions of time to file such motions will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's August 31, 2005 motion for the appointment of counsel is denied;

2. Defendants' September 12, 2005 request for an extension of time is granted;

3. Defendants' responses to interrogatories and requests for admissions are deemed timely as served on September 12, 2005;

4. Defendants' September 21, 2005 request for an extension of time to file a dispositive motion is granted;

5. The parties are granted until November 7, 2005 to file and serve dispositive motions and no further extensions of this deadline will be granted.

DATED: September 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
mart0756.31a