1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  CONSTANCE L. PICCIANO, State Bar No. 66172
   Deputy Attorney General
6    1300 I Street, Suite 125
     Post Office Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 322-6453
8    Facsimile:  (916) 324-5205

9  Attorneys for Defendants
   Cade, Chastain, Gauthreaux, Johnson, Lea,
10 Mathews, McKee, Mini, Ramos, and Wheeler
   SA2005100283
11

12                IN THE UNITED STATES DISTRICT COURT

13                FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 **STEVEN A. MARTIN,**                    No. CIV S-04-0756 LKK JFM P

16                             Plaintiff,    **ORDER GRANTING
                                             DEFENDANTS' REQUEST
17        v.                                 TO FILE VIDEO
                                             RECORDING**
18 **L. VILES, et al.,**

19                             Defendants.

20

21      The Court, having considered Defendants' request for permission to file a video

22 recording in support of Defendants' motion for summary judgment, and good cause having been

23 found:

24 / / /

25 / / /

26 / / /

27 / / /

28

*Order Granting Defendants' Request to File Video Recording*

1

**IT IS HEREBY ORDERED**:  that pursuant to Local Rule 5-133(b) the Clerk is directed to accept for filing a video recording of December 3, 2002, as an exhibit to Defendants' Statement of Undisputed Facts in Support of Motion for Summary Judgment

DATED:  November 16, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/mart0756.vdt