IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

        Plaintiff,                 No. CIV S-04-0756 LKK JFM P

    vs.

L. VILES, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Due to the pendency of defendants' November 7, 2005 motion for summary judgment, and good cause appearing, IT IS HEREBY ORDERED that:

        1. The parties are relieved of the obligation to file pretrial statements until further order of court;

        2. The pretrial conference set for January 13, 2006 before the undersigned is vacated;

        3. The jury trial set for April 4, 2006 before the Honorable Lawrence K. Karlton is vacated; and

/////

/////

1

4. The above dates will be reset, as appropriate, following disposition of defendants' motion for summary judgment.

DATED: March 27, 2006.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

12
mart0756.vac