IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

        Plaintiff,               No. CIV S-04-0756 LKK JFM P

    vs.

L. VILES, et al.,

        Defendants.            ORDER

_____/

        Plaintiff has requested an extension of time to file an opposition to defendants'
October 16, 2006 motion for summary judgment.  Plaintiff has filed his opposition with the
request for extension of time.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's November 27, 2006 request for an extension of time is granted;

        2.  Plaintiff' November 27, 2006 opposition is deemed timely filed; and

        3.  Defendants' reply, if any, shall be filed and served not later than seven days
from the date of this order.

DATED:  November 29, 2006.

UNITED STATES MAGISTRATE JUDGE

12;mart0756.36(2)

1