IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

        Plaintiff,                       No. CIV S-04-0756 LKK JFM P

    vs.

L. VILES, et al.,

        Defendants.            ORDER

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 15, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 15, 2007, are adopted in full;

2. Defendants' October 16, 2006 renewed motion for summary judgment is granted with respect to all of plaintiff's claims except plaintiff's claims that defendant Gauthreaux retaliated against plaintiff by writing a rules violation report on November 21, 2002, that defendant Matthews retaliated against plaintiff by writing a supplemental report in support of defendant Gauthreaux's November 21, 2002 rules violation report, and that defendant Johnson retaliated against plaintiff by ordering him placed in administrative segregation on December 19, 2002;

3. Defendants' October 16, 2006 renewed motion for summary judgment is denied with respect to the three claims set forth in paragraph 2 of this order; and

4. This matter is referred back to the magistrate judge for further pretrial proceedings.

DATED:  September 14, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT