IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

    Plaintiff,                    No. CIV S-04-0756 LKK JFM P

    vs.

L. VILES, et al.,

    Defendants.               <u>ORDER</u>

                             /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 15, 2007, this court issued findings and recommendations recommending that defendants' motion for summary judgment be granted in part and denied in part. The parties were given a period of twenty days in which to file objections to the findings and recommendations. On September 4, 2007, defendants filed objections to the findings and recommendations. On September 14, 2007, the district court adopted those findings and recommendations in full.

        On the same day, plaintiff filed a request for an extension of time to file objections to the findings and recommendations. In his request, plaintiff states that he did not receive a copy of the findings and recommendations and was unaware they had been issued until he received defendants' objections. Good cause appearing, the Clerk of the Court will be directed to reserve a copy of the findings and recommendations on plaintiff. Plaintiff will be

1

1  granted a period of twenty days from the date of this order in which to file, as appropriate, a
2  motion for relief from the September 14, 2007 order of the district court.  <u>See</u> Fed. R. Civ. P. 60.
3          In accordance with the above, IT IS HEREBY ORDERED that:
4          1.  Plaintiff's September 14, 2007 request for extension of time is granted;
5          2.  The Clerk of the Court is directed to serve a copy of this order, a copy of this
6  court's August 15, 2007 findings and recommendations, and a copy of the district court's
7  September 14, 2007 order on plaintiff at the following address:  Steven Martin, D-48283, CSP-
8  Sacramento, P.O. Box 290066, Represa, California  95671-0066; and
9          3.  Plaintiff is granted twenty days from the date of this order in which to file, as
10 appropriate, a motion for relief from the September 14, 2007 order of the district court.
11 DATED:  October 9, 2007.

UNITED STATES MAGISTRATE JUDGE

12
mart0756.ext