IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

      Plaintiff,                    No. CIV S-04-0756 LKK JFM P

    vs.

L. VILES, et al.,

      Defendants.         <u>ORDER</u>

                         /

        Plaintiff has requested an extension of time to file and serve a motion for relief from the September 14, 2007 order of the district court. On November 9, 2007, plaintiff filed a motion for relief from judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 29, 2007 request for an extension of time is granted; and

        2. Plaintiff's November 9, 2007 motion for relief from judgment shall be briefed in accordance with the provisions of Local Rule 78-230(m).

DATED: November 19, 2007.

                                 UNITED STATES MAGISTRATE JUDGE

12/mart0756.36(4)