IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

    Plaintiff,               No. CIV S-04-0756 LKK JFM P

    vs.

L. VILES, et al.,

    Defendants.        ORDER

          Plaintiff is a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

          By order filed September 14, 2007, this court adopted in full findings and recommendations filed by the magistrate judge on August 15, 2007, granted defendants' October 16, 2006 renewed motion for summary judgment with respect to all of plaintiff's claims except plaintiff's claims that defendant Gauthreaux retaliated against plaintiff by writing a rules violation report on November 21, 2002, that defendant Matthews retaliated against plaintiff by writing a supplemental report in support of defendant Gauthreaux's November 21, 2002 rules violation report, and that defendant Johnson retaliated against plaintiff by ordering him placed in

/////

1

administrative segregation on December 19, 2002, and referred the matter back to the magistrate judge for further pretrial proceedings.

On September 14, 2007, plaintiff filed a request for extension of time to file objections to the findings and recommendations. Plaintiff's request was grounded in his assertion that he had not received a copy of the August 15, 2007 findings and recommendations are that he was unaware they had issued until he received a copy of objections thereto filed by defendants. By order filed October 10, 2007, the magistrate judge directed the Clerk of the Court to reserve a copy of the August 15, 2007 findings and recommendations on plaintiff and granted plaintiff a period of twenty days in which to file, as appropriate, a motion for relief from the court's September 14, 2007 order.

On November 9, 2007, after receiving an extension of time, plaintiff filed a motion for relief from the September 14, 2007 order together with objections to the August 15, 2007 findings and recommendations. On December 11, 2007, defendants filed a statement of non-opposition to plaintiff's motion for relief from the September 14, 2007 order together with a reply to plaintiff's objections. On December 20, 2007, plaintiff filed an opposition to defendants' reply.

It is undisputed that plaintiff did not timely receive the August 15, 2007 findings and recommendations. For that reason, plaintiff's motion for relief from the September 14, 2007 order will be granted. Plaintiff's November 9, 2007 objections to the August 15, 2007 findings and recommendations will be deemed timely filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case, including all documents filed in this action through and including December 20, 2007. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. This court's September 14, 2007 order is vacated;

3  2. The findings and recommendations filed August 15, 2007, are adopted in full;

4  3. Defendants' October 16, 2006 renewed motion for summary judgment is granted with respect to all of plaintiff's claims except plaintiff's claims that defendant Gauthreaux retaliated against plaintiff by writing a rules violation report on November 21, 2002, that defendant Matthews retaliated against plaintiff by writing a supplemental report in support of defendant Gauthreaux's November 21, 2002 rules violation report, and that defendant Johnson retaliated against plaintiff by ordering him placed in administrative segregation on December 19, 2002;

4. Defendants' October 16, 2006 renewed motion for summary judgment is denied with respect to the three claims set forth in paragraph 3 of this order; and

5. This matter is referred back to the magistrate judge for further pretrial proceedings.

DATED: March 25, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3