IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN A. MARTIN,** | CASE NO.: 2:04-CV-0756 LKK JFM P |
| Plaintiff, | **ORDER** |
| v. | |
| **L. VILES, et al.,** | |
| Defendants. | |

The Court, having considered Defendant Gauthreaux, Johnson, and Matthews' request to reset the date for the trial confirmation hearing, and good cause having been found:

**IT IS HEREBY ORDERED**: the previously scheduled June 16, 2008, trial confirmation hearing is vacated. The trial confirmation hearing is set before the Honorable Lawrence K. Karlton, on July 11, 2008 at 11:15 a.m. in Courtroom 4.

Dated: May 20, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order

1