IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN A. MARTIN,** | 2:04-CV-0756 LKK JFM P |
| Plaintiff, | **ORDER** |
| v. | |
| **L. VILES, et al.,** | |
| Defendants. | |

The Court, having considered Defendant Gauthreaux, Johnson, and Matthews' request to reset the date for trial, trial confirmation and all pretrial pleadings, and good cause having been found:

**IT IS HEREBY ORDERED**: the previously scheduled trial confirmation hearing, trial, and pretrial briefing schedule are vacated. The trial confirmation hearing is reset to October 20, 2008 at 11:15 a.m. Jury trial is reset to December 16, 2008 at 10:30 a.m.

Dated: July 21, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order

1