UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

        Plaintiffs,

    v.

L. VILES, et al.,

        Defendants.
_____/

NO. CIV. S-04-756 LKK/JFM P

O R D E R

    The court held a trial confirmation hearing on October 20, 2008, at which plaintiff and counsel for defendant appeared. Based on the parties' representations made at the hearing, the court orders as follows:

    1.  Plaintiff is granted twelve (12) subpoena forms for his trial witnesses. The Clerk is directed to forward these forms to plaintiff.

    2.  Plaintiff is directed to send his completed subpoena forms and witness fees to: United States **Marshal**, 501 I Street, 5th Floor, Sacramento, CA 95814.

    3.  The court will issue a writ for plaintiff's inmate

PDF created with pdfFactory trial version www.pdffactory.com

witness.
4. The court GRANTS IN PART plaintiff's first motion in limine. The defendant may introduce evidence to establish that Ramon Shields had a felony conviction within the last ten years, but may not introduce evidence of the nature of the felony unless the defendant establishes that the conviction relates to the witness's propensity for truth or honesty.
5. The court did not dispose of plaintiff's second motion in limine. This motion will be resolved on the first day of trial.
6. The court DENIES plaintiff's third motion in limine.
7. The court EXCLUDES from evidence portions of transcripts from plaintiff's state criminal proceedings.
8. Any additional motions in limine must be filed not later than seven days before the date of trial given in this order.
9. The court EXCLUDES from evidence plaintiff's evidence of an allegedly retaliatory transfer that was not alleged in plaintiff's amended complaint.
10. Parties SHALL mail to each other copies of the exhibits they anticipate offering at trial. For those documents plaintiff intends to offer as exhibits that are marked as unable to be copied, plaintiff shall list the document names and include this in his mailing of exhibits to defendant. Any exhibits not mailed must be

PDF created with pdfFactory trial version www.pdffactory.com

1 |         provided to the opposing party on the first day of
2 |         trial.
3 | 11.  Trial is SET for March 31, 2009 before the undersigned.
4 | IT IS SO ORDERED.
5 | DATED:  October 22, 2008.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

PDF created with pdfFactory trial version www.pdffactory.com