IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

    Plaintiff,                      No. 2:04-cv-0756 LKK JFM (PC)

    vs.

L. VILES, et al.,

    Defendants.              <u>ORDER</u>

                               /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is presently set for jury trial on March 31, 2009. On January 14, 2009, plaintiff filed a request for a court order requiring defendants to provide the first names and present locations of plaintiff's trial witnesses, other than inmate Ramon Shields, so that plaintiff may provide to the United States Marshal completed subpoenas and money orders for the attendance of said witnesses at trial.[1] Defendants oppose the request. After review of the request and the opposition thereto, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 14, 2009 motion is granted;

---

[1] Plaintiff has identified six correctional officers, two correctional lieutenants, three correctional sergeants, and a warden as witnesses for trial. <u>See</u> Final Pretrial Order, filed June 25, 2008, at 6-7. These witnesses are referred to herein as correctional staff witnesses.

1

      2. Within thirty days from the date of this order, defendants shall take all steps necessary to provide to plaintiff the complete names and present or last known locations of plaintiff's twelve correctional staff witnesses so that plaintiff may complete subpoenas and money orders for the attendance of said witnesses at trial.

      3. Jury trial is continued from March 31, 2009 to June 16, 2009 at 10:30 AM before the undersigned in Courtroom 4.

DATED: February 17, 2009.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT