UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

        Plaintiffs,

   v.

L. VILES, et al.,

        Defendants.

        NO. CIV. S-04-756 LKK/JFM P

O R D E R

/

On February 18, 2009, the court set a trial date of June 16, 2009 in this matter. Defendants have since notified the court of counsel's unavailability on that date. Accordingly, the court ORDERS as follows:

1. The trial is CONTINUED to September 1, 2009 at 10:30 AM.
2. Plaintiff's motion in limine number two (docket number 82) is DENIED WITHOUT PREJUDICE. Plaintiff may refile the motion in accordance with the new trial date, to be resolved on the first day of trial per the court's October 22, 2008 order.
3. On February 22, 2009, the United States Marshall

1

returned as executed the subpoenas on plaintiff's witnesses Griffith, Purdy, Holmes, Quiman, Fallan, Pliler, Kinn, Flint, Akin, Lucero, Yeager, and Ramirez by effectuating personal service on "K. Riggins" at California State Prison - Sacramento (CSP-SAC). The Clerk is directed to serve a copy of this order on K. Riggins at California State Prison - Sacramento. K. Riggins is DIRECTED to serve a copy of the order on those witnesses, so as to notify them that the subpoenas remain in effect until the new trial date.[1]

IT IS SO ORDERED.

DATED: March 19, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] After these subpoenas were returned executed, the defendants, in response to the court's February 18, 2009 order, filed a statement of the full names and locations of the plaintiff's trial witnesses. See Docket No. 128. In this statement, defendants stated that they are unaware of the locations of witnesses Ramirez, Holmes, Quiman, Pliler, and Flint. Nevertheless, the United States Marshals represented that these witnesses were served at CSP-SAC on February 20, 2009. The court therefore assumes that the person who received service is responsible for informing the witnesses of the subpoenas and is similarly responsible for informing the witnesses of their obligations under this order.

2