IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. MARTIN,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>L. VILES, et al.,<br><br>　　　　　　　　　　　　Defendants. | No. 2:04-cv-0756 LKK-JFM<br><br>**ORDER REQUIRING PLAINTIFF TO PROVIDE DEFENDANTS WITH A LIST OF THE ORDER HE WILL CALL HIS WITNESSES** |

　　　Good cause appearing, Defendants request that Plaintiff provide a list of the order he intends to call Griffin, Akin, Lucero, Fallon, Purdy, Yeager, Ramirez, Holmes, Quinlan, Kinn, Pliler, and Flint at trial is granted.

　　　Plaintiff shall provide, by no later than August 31, 2009, Defendants with a list of the order he intends to call each of the above-listed witnesses. The list shall include the day on which the witness will be called.

　　　Notwithstanding the subpoenas served on these witnesses, the witnesses shall appear for trial on the date and time provided on Plaintiff's list.

Dated: August 24, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1

PDF created with pdfFactory trial version www.pdffactory.com

1                     DECLARATION OF SERVICE BY U.S. MAIL

2   Case Name:    STEVEN A. MARTIN v. L. VILES, et al.

3   Case No.:      2:04-CV-0756 LKK JFM P

4   I declare:

5-7   I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

8-9   On August 21, 2009, I served the attached **[Proposed] ORDER REQUIRING PLAINTIFF TO PROVIDE DEFENDANTS WITH A LIST OF THE ORDER HE WILL CALL HIS WITNESSES**, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

10-12   Steven A. Martin, D-48283
Centinela State Prison
P. O. Box 921
Imperial, CA  92251
In pro per

13-14   I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 21, 2009, at Sacramento, California.

15   C. Rubio                              */s/ C. Rubio*
  Declarant                           Signature

16-17   SA2005100283
30845215.doc