UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

           NO. CIV. S-04-756 LKK/JFM P

  Plaintiffs,

 v.

           O R D E R

L. VILES, et al.,

  Defendants.

_____/

  This is a civil rights case brought by an inmate of the California Department of Corrections and Rehabilitation in which he alleges certain CDCR staff retaliated against him in his exercise of his First Amendment rights. Trial in this matter is scheduled to commence on September 9, 2009. Pending before the court is defendants' request for a continuance. Due to the demands of the court's schedule and the absence of compelling cause for a continuance, defendants' request is DENIED.

  IT IS SO ORDERED.

  DATED:  September 2, 2009.

         LAWRENCE K. KARLTON
         SENIOR JUDGE
         UNITED STATES DISTRICT COURT

1